October 9, 2014



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellant

NO. 14-13-00109-CV                          V.

TRINH PHAM, KATHERINE CRAWFORD & GARY BLOCK, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Trinh Pham, Katherine Crawford & Gary Block, signed December 9, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Federal Home Loan Mortgage Corporation, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.